THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRANDON VIERA, Appellant. [992 NYS2d 902]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated September 11, 2013 (*People v Viera*, 109 AD3d 844 [2013]), affirming a judgment of the Supreme Court, Kings County, rendered November 30, 2009.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Eng, P.J., Rivera, Chambers and Hall, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATHANIEL ZEPHERINE, Appellant. [993 NYS2d 513]—

Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Dwyer, J.), imposed January 20, 2012, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's purported waiver of his right to appeal was invalid (*see People v Bradshaw*, 18 NY3d 257, 265 [2011]; *People v DeSimone*, 80 NY2d 273, 283 [1992]) and, thus, does not preclude review of his excessive sentence claim. However, contrary to the defendant's contention, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Skelos, Leventhal, Roman and Duffy, JJ., concur.